UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**MAI NHIA THAO,**
        **Plaintiff,**

   **v.**                                  Case No. 09-C-1158

**MIDLAND NATIONAL LIFE INSURANCE COMPANY,**
        **Defendant.**

---

## ORDER

    The plaintiff has filed two motions to seal documents that she submitted to the court in connection with her motion for leave to file an amended complaint and the parties' motions for summary judgment. See ECF Nos. 93 & 109. However, it appears that it was the defendant, rather than the plaintiff, who designated these documents as confidential during the course of discovery. If the defendant wishes to preserve the confidentiality of these documents, it must offer an argument showing that the documents contain trade secrets or something comparable whose economic value depends on its secrecy. See Baxter Int'l, Inc. v. Abbott Labs., 297 F.3d 544, 545–47 (7th Cir. 2002). Any such argument should be made in a statement filed with the court within thirty days.

    **SO ORDERED** at Milwaukee, Wisconsin, this 9th day of January, 2013.

                                                         s/ Lynn Adelman
                                                         _____
                                                         LYNN ADELMAN
                                                         District Judge